# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132188 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PATRICK THEODORE ALEXANDER,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132188
COA: 271816
Muskegon CC: 90-032310-FC

_____/

      On order of the Court, the application for leave to appeal the August 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1120

_____
Clerk